IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00711-BO-BM

LINDA RIDEOUT,
    Plaintiff,

v.

CREDIT ONE BANK, N.A.,
    Defendant.

ORDER

This matter is before the Court on Defendant's consent motion to extend the time to answer [DE 5] and Defendant's consent motion to compel arbitration and dismiss or stay proceedings [DE 10]. Plaintiff consents to both motions [DE 5, DE 12], and requests that the Court stay the matter until the conclusion of arbitration in lieu of dismissal [DE 12].

Having considered the motions, the Court hereby GRANTS the consent motion to extend the time to answer [DE 5]. The Court likewise GRANTS the consent motion to compel arbitration [DE 10]. This matter will be STAYED until the conclusion of arbitration.

SO ORDERED, this __3__ day of June 2025.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE